IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION


EDWARD JOE HOOTEN                                                    PETITIONER

VS.                            CASE NO. 5:05CV00290 HLJ

LARRY NORRIS, Director,
Arkansas Department of Correction                                   RESPONDENT


## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, it is

CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby,

dismissed with prejudice.  The relief prayed for is denied.

SO ADJUDGED this  2nd day of December , 2008.


_Henry L. Jones, Jr._
_____
UNITED STATES DISTRICT JUDGE